**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-20112**

HUGO BOSS TRADE MARK MANAGEMENT
GMBH & CO. KG,

      Plaintiff,

  v.

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A,

      Defendants.

_____/

**[PROPOSED] ORDER**

**THIS MATTER** comes before the Court on Plaintiff's Motion to File Under Seal. Plaintiff requests that Schedule A be filed under seal until the Court has the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated.  Having reviewed Plaintiff's Motion and the record, the Court hereby:

**ORDERS AND ADJUDGES** that the Motion is **GRANTED**. Schedule A shall be filed under seal and shall remain under seal until further order from this Court.  This Order shall not be filed under seal.

**DONE AND ORDERED** in _____, Florida, this ____ day of January, 2024.

_____
**HONORABLE K. MICHAEL MOORE**
**UNITED STATES DISTRICT JUDGE**