**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-20112-KMM

HUGO BOSS TRADE MARK
MANAGEMENT GMBH & CO. KG,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

      Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE came before the Court upon Plaintiff Hugo Boss Trade Mark Management GmbH & Co. KG's ("Plaintiff") *Ex Parte* Motion for Leave to File Under Seal.  ("Mot.") (ECF No. 10).  Therein, Plaintiff requests that Schedule A, which identifies Defendants to the above-styled action, be filed under seal until the Court has the opportunity to rule on Plaintiff's request for temporary *ex parte* relief and, if granted, the relief ordered therein has been effectuated.  *Id.* at 2.  In support of this request, Plaintiff states that "[i]f Defendants were to learn of these proceedings prematurely the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief."  *Id.*

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Plaintiff's

*Ex Parte* Motion for Leave to File Under Seal (ECF No. 10) is GRANTED.  Schedule A shall be filed under seal and shall remain under seal until further order from this Court.

DONE AND ORDERED in Chambers at Miami, Florida, this  17th  day of January, 2024.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record