## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 1:24-cv-20112-KMM

HUGO BOSS TRADE MARK
MANAGEMENT GMBH & CO. KG,

      Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,
      Defendants.

_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff

HUGO BOSS TRADE MARK MANAGEMENT GMBH & CO. KG, gives notice that the

above-captioned action is voluntarily dismissed without prejudice.

Dated: February 5, 2024

      Respectfully submitted,

      By: */s/ Rossana Baeza*
      Rossana Baeza (Bar No. 1007668)
      BOIES SCHILLER FLEXNER LLP
      100 SE 2nd Street, Suite 2800
      Miami, FL 33131
      305-357-8436
      rbaeza@bsfllp.com

      *Counsel for Plaintiff Hugo Boss Trade Mark*
      *Management GmbH & Co. KG*

1